# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**JANSEN COMBS**                                                  CIVIL ACTION

**VERSUS**

**FORMOSA PLASTICS CORPORATION,**              NO. 25-00388-BAJ-RLB
**LOUISIANA**

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 40, the "Report")**, recommending that the Court dismiss Plaintiff's claims with prejudice for failure to prosecute and for failure to comply with the Court's Orders. (*Id.* at 5). There are no objections to the Report.

Having carefully considered Plaintiff's Complaint (Doc. 12), the Report (Doc. 40), and the entirety of the record, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** for failure to prosecute and for failure to comply with the Court's Orders.

Final Judgment shall be entered separately.

Baton Rouge, Louisiana, this 12th day of August, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2